# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DERRICK VINSON, | |
| Plaintiff, | |
| v. | Civil Action No. 3:15-cv-01170 |
| RICOH USA, INC., | Judge Nixon |
| | Magistrate Judge Knowles |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Derrick Vinson and Defendant Ricoh USA, Inc., by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of this case with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| For Plaintiff: | For Defendant: |
|---|---|
| PARKER AND CROFFORD | REED SMITH LLP |
| */s/ Stephen Crofford* | */s/ James A. Holt* |
| Stephen Crofford (TN 12039) | James A. Holt (*Admitted pro hac vice*) |
| Mary A. Parker (TN 6016) | 225 Fifth Avenue |
| 1230 2nd Ave. S. | Pittsburgh, Pennsylvania 15222 |
| Nashville, TN 37210 | T: (412) 288-4173 |
| T: (615) 244-2445 | F: (412) 288-3063 |
| F: (615) 244-6037 | E: jholt@reedsmith.com |
| E: stephencrofford@msn.com | |
|    mparker@parker-crofford.com | John T. McDonald (*Admitted pro hac vice*) |
| | 136 Main Street, Suite 250 |
| *Attorneys for Plaintiff* | Princeton, New Jersey 08540 |
| | T: (609) 524-2041 |
| | F: (609) 951-0824 |
| | E: jmcdonald@reedsmith.com |

BAGGOTT LAW, PLLC

Roland W. Baggott (BPR #023428)
4525 Harding Road, Ste. 105
Nashville, Tennessee 37205
T: (615) 620-4580
F: (615) 620-4581
E: roland@baggottlaw.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DERRICK VINSON,<br><br>    Plaintiff,<br><br>v.<br><br>RICOH USA, INC.,<br><br>    Defendant. | Civil Action No. 3:15-cv-01170<br><br>Judge Nixon<br>Magistrate Judge Knowles |

## ORDER

AND NOW, on this _____ day of _____, 2016, upon review of the parties' Stipulation of Dismissal With Prejudice, IT IS HEREBY ORDERED that the above-referenced civil action is DISMISSED WITH PREJUDICE. Each party will bear its own attorneys' fees and costs.

**BY THE COURT:**

_____
U.S. Magistrate Judge

cc/ecf: All Counsel of Record