IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DERRICK VINSON,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) No. 3:15-cv-01170 |
| | ) |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Frensley |
| **RICOH USA, INC.,** | ) |
| | ) |
|     **Defendant.** | ) |

## ORDER

Pursuant to the Parties' Stipulation of Dismissal (Doc. No. 18) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice** and the Clerk of the Court is **DIRECTED** to close this case.

It is so ORDERED.

Entered this the 13th day of October, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT